**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**Case No. 2:19-cv-00337-UA-MRM**

DELROY A. CHAMBERS, JR.,

      Plaintiff,

v.

STARLINK REALTY, INC.,

      Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

      Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter.  Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

      Respectfully submitted,

      Shawn A. Heller, Esq.
      Florida Bar No. 46346
      shawn@sjlawcollective.com
      Joshua A. Glickman, Esq.
      Florida Bar No. 43994
      josh@sjlawcollective.com

      Social Justice Law Collective, PL
      974 Howard Avenue
      Dunedin, FL 34698
      Tel: (202) 709-5744
      Fax: (866) 893-0416

      By:  _s/ Joshua A. Glickman_____
          Joshua A. Glickman

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 21st day of June 2019, which will send a notice of electronic filing to all attorneys of record.

By: _*s/ Joshua A. Glickman*_
Joshua A. Glickman, Esq.