UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.   Case No:  2:19-cv-337-FtM-29MRM

STARLINK REALTY, INC.,

    Defendant.

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #25) filed on July 2, 2019.  No answer or motion for summary judgment has been filed by defendant, therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice with each party to bear their own attorney fees and costs.  The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this  9th  day of July, 2019.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record

- 2 -

Case 2:19-cv-00337-JES-M_M     Document 26     Filed 07/09/19     Page 2 of 2 PageID 72